## RETURN OF SERVICE

**State of Maryland**                    **County of**                    **District Court**

Case Number: 1:25-CV-01429

Plaintiff:
**CARDELIA MAUPIN**

vs.

Defendant:
**HO K NIEH, CHAIRMAN**

Received by B T Edwards Process Service LLC to be served on **CIVIL PROOCESS CLERK U.S. ATTORNEY'S OFFICE, 35 S CHARLES STREET, 4TH FLOOR, BALTIMORE, MD 21201**

I, Todd L Bahel, do hereby affirm that on the **6th day of May, 2026** at **10:40 am, I:**

**SUBSTITUTE - GOVERNMENT AGENCY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT,** with the date and hour of service endorsed thereon by me, to: **Demetria Robins** as **Intake Specialist**, a person employed therein and authorized to accept service for **CIVIL PROOCESS CLERK** at the address of: **35 S CHARLES STREET, 4TH FLOOR, BALTIMORE, MD 21201**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Black, Height: 5'3", Weight: 150, Hair: Black, Glasses: N

I certify that I am over eighteen (18) years of age and I am not a party in this matter.  I Solemnly Affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

_____
**Todd L Bahel**

5/6/2026
_____
**Date**

**B T Edwards Process Service LLC**
**1300 Caraway Court**
**Suite 200**
**Upper Marlboro, MD 20774-5462**
**(301) 505-2020**

Our Job Serial Number: BTE-2026008797

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

