## RETURN OF SERVICE

**State of Maryland**                    **County of**                    **District Court**

Case Number: 1:25-CV-01429

Plaintiff:
**CARDELIA MAUPIN**

vs.

Defendant:
**HO K NIEH, CHAIRMAN**

Received by B T Edwards Process Service LLC to be served on **ATTORNEY GENERAL OF THE US U.S. DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE N.W., WASHINGTON, DC 20530**

I, Billy T Edwards Jr, do hereby affirm that on the **15th day of May, 2026** at **2:46 pm, I:**

**MAILED VIA CERTIFIED MAIL**  a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT,** to the defendant or company at the listed address above.

**Additional Information pertaining to this Service:**
5/15/2026  2:46 pm  MAILED AS FIRST CLASS MAILING TO THE JUSTICE DEPARTMENT TODAY

I certify that I am over eighteen (18) years of age and I am not a party in this matter.  I Solemnly Affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

**Billy T Edwards Jr**
Process Server
5/21/2026
**Date**

**B T Edwards Process Service LLC**
**1300 Caraway Court**
**Suite 200**
**Upper Marlboro, MD 20774-5462**
**(301) 505-2020**

Our Job Serial Number: BTE-2026008799

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

