**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CARDELIA MAUPIN,**<br><br>Plaintiff,<br><br>v.<br><br>**HO K. NIEH,** in his official capacity as Chairman of United States Nuclear Regulatory Commission,<br><br>Defendant. | Case No: 1:26-cv-01429-RDB |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend Time within which to File an Opposition to Defendant's Motion to Dismiss (ECF No. 13), it is this ____ day of _____________, 2026, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Plaintiff's Consent Motion to Extend Time is GRANTED; and it is further

**ORDERED**, that Plaintiff shall have up to and including **September 23, 2026**, to secure new counsel or inform the Clerk of Court that she intends to proceed without counsel, and to file her opposition to Defendant's Motion to Dismiss (ECF No. 13).

______________________________
The Honorable Judge
United States District Court