**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **CARDELIA MAUPIN,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 1:26-cv-01429-RDB |
| **HO K. NIEH,** in his official capacity as Chairman of United States Nuclear Regulatory Commission, | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Extend Time within which to File an Opposition to Defendant's Motion to Dismiss (ECF No. 13), it is this 31st day of August, 2026, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Plaintiff's Consent Motion to Extend Time is GRANTED; and it is further

**ORDERED**, that Plaintiff shall have up to and including **September 23, 2026**, to secure new counsel or inform the Clerk of Court that she intends to proceed without counsel, and to file her opposition to Defendant's Motion to Dismiss (ECF No. 13).

Rill D. Bennett

The Honorable Judge
United States District Court