**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **CARDELIA MAUPIN,**<br><br>Plaintiff,<br><br>v.<br><br>**HO K. NIEH,** in his official capacity as Chairman of United States Nuclear Regulatory Commission,<br><br>Defendant. | ) | Case No: 1:26-cv-01429-RDB |

**COUNSEL FOR PLAINTIFF'S**
**LEAVE TO WITHDRAW APPEARANCE**

Counsel for **Cardelia Maupin**, Samuel Q. Elira Sr., Esquire, and **THE ELIRA LAW FIRM, LLC**, pursuant to Local Rule 101(2) hereby move this Court for leave to withdraw the appearance of Mr. Elira and THE ELIRA LAW from this case. In support thereof, counsel states the following:

1. On August 24, 2026, Plaintiff, Ms. Maupin informed Counsel of her intention to disengage the services of Counsel in her case
2. After lengthy discussions with Ms. Maupin, on August 25, 2026, counsel for Ms. Maupin gave notice to Ms. Maupin via email (carhmaupin@gmail.com) of counsel's intention to withdraw his appearance and the appearance of the Elira Law Firm, LLC, from this matter.
3. Again, on August 25, 2026, Ms. Maupin acknowledged receipt of Counsel's Notice to Withdraw Appearance.

4. United States District Court District of Maryland Local Rule 101(2)(a) provides in pertinent part that "[i]n the case of an individual, appearance of counsel may be withdrawn only with leave of court and if . . . withdrawing counsel files a certificate stating (a) the name and last known address of the client, and (b) that a written notice has been mailed to or otherwise served upon the client at least seven (7) days previously advising the client of counsel's proposed withdrawal and notifying the client either to have new counsel enter an appearance or to advise the Clerk that the client will be proceeding without counsel."
5. On August 25, 2026, Mr. Elira and the Elira Law Firm gave the required Notice of Withdrawal Pursuant to US District Court of Maryland. Attached to this motion is the required certification under the Rule.
6. Furthermore, Counsel Has advised Ms. Maupin on the need to get a new counsel or put in a pro se appearance.

## CONCLUSION

WHEREFORE, counsel for the plaintiff, Samuel Elira and the Elira Law Firm, respectfully request that the Court grant leave for Mr. Elira and the Elira Law Firm to withdraw their appearance from this case.

Respectfully submitted,

**THE ELIRA LAW FIRM, LLC**
/s/ Samuel Q. Elira Sr.,
Samuel Q. Elira Sr., Esquire
Client Protection Fund No.: 22164
5302 East Court Drive
Upper Marlboro, MD 20772
sqelaw@gmail.com
(301) 936-1418 (office)
(301) 218-9406 (fax)
(410) 934-4926 (cell)

**CERTIFICATE REQUIRED UNDER LOCAL RULE 101(2)**

I hereby certify that on the 25th day of August 2026, Samuel Q. Elira Sr. and the Elira Law Firm served on Ms. Cardelia Maupin of 2413 Pondside Terrace, Silver Spring, Md 20906, (carhmaupin@gmail.com), a written notice advising Ms. Maupin that Mr. Elira and the Elira Law Firm propose to file this Motion to Withdraw Appearance in the above captioned case and notified Ms. Maupin to have new counsel enter an appearance in this matter or to advise the Clerk that she will be proceeding without counsel.

/s/ Samuel Q. Elira Sr.,
Samuel Q. Elira Sr., Esquire

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September 2026 a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. A copy of the foregoing will also be delivered by email to the following:

Theodore W. Atkinson
(Bar No. 32225)
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
Tel.: 410-209-4921
theodore.atkinson2@usdoj.gov
*Counsel for Defendant*

**Cardelia Maupin**
2413 Pondside Terrace
Silver Spring, Md 20906
carhmaupin@gmail.com

/s/ Samuel Q. Elira Sr.,________________
Samuel Q. Elira Sr., Esquire